IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NOAH DON FAVRE, #130669**                                                             **PLAINTIFF**

**V.**                                                     **CIVIL ACTION NO. 1:21-cv-328-TBM-RPM**

**HARRISON COUNTY ADULT**
**DETENTION CENTER, et al.**                                            **DEFENDANTS**

<u>**ORDER**</u>

BEFORE the Court is *pro se* Plaintiff Noah Don Favre's unsigned Notice of change of address [ECF No. 16] filed in this § 1983 case. Plaintiff failed to sign the document as required by Federal Rule of Civil Procedure 11. Plaintiff will be provided an opportunity to correct this deficiency. Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court shall mail to Plaintiff a copy of his Notice [ECF No. 16], along with a copy of this Order. If Plaintiff would like his Notice to remain filed, he is directed to place his signature on the document and return it to the Court no later than May 17, 2022.

IT IS FURTHER ORDERED that Plaintiff is directed to sign all pleadings he submits to the Court for filing and Plaintiff is warned that unsigned pleadings may be stricken from the record.

THIS, the 3rd day of May, 2022.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE