IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NOAH DON FAVRE**                                                                                **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 1:21-cv-00328-BWR**

**HARRISON COUNTY, MISSISSIPPI, et al.**                         **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [84] for Summary Judgment Due to Plaintiff's Failure to Exhaust Administrative Remedies is **DENIED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Motion [86] for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**. Any of Plaintiff's claims against Defendant Harrison County, Mississippi, arising after he was incarcerated are **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to exhaust administrative remedies.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Motion [89] for Summary Judgment and Immunity is **GRANTED**. Defendants Sheriff Troy Peterson, Sergeant B. Auringer, Investigator W. Collins, Deputy D. Boney, Deputy M. Giardini, Deputy R. Barber, Deputy M. Giouard, Deputy R. Hubbard, Deputy Z. Cobb, Investigator C. Serpas, Investigator D. Bryant, Investigator J. Johnson, Investigator J. Merritt, Investigator J. Putnam, Investigator K. French, K-9 Deputy

C. Allen, K-9 Deputy B. Taylor, and Investigator J. Ladner are **DISMISSED WITH PREJUDICE** as Defendants.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Motion [96] for Summary Judgment is **GRANTED**. Harrison County is separately **DISMISSED WITH PREJUDICE** as Defendant.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Motion [108] for Summary Judgment is **GRANTED**. Nurse Dana Jones is **DISMISSED WITHOUT PREJUDICE** as Defendant for Plaintiff's failure to exhaust administrative remedies. Jones is separately **DISMISSED WITH PREJUDICE** as Defendant.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the unidentified MBN Agents are **DISMISSED WITHOUT PREJUDICE** as Defendants for Plaintiff's failure to provide their names and addresses for service of process. The unidentified MBN Agents are separately **DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a constitutional claim against them.

**IT IS, FINALLY, ORDERED AND ADJUDGED** that this case is **CLOSED**.

**SO ORDERED AND ADJUDGED,** this 26th day of January, 2024.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE